

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2025

No. 04-22-00858-CV

**IN RE ROLAND'S ROOFING COMPANY, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
               Lori I. Valenzuela, Justice
               H. Todd McCray, Justice

On December 18, 2024, relator filed a petition for writ of mandamus. After considering the mandamus petition and record, the real parties in interest's response, and relator's reply, we conclude the trial court abused its discretion by altering the parties' arbitration agreement which calls for the AAA to arbitrate the dispute between the parties.

Therefore, we conditionally grant relator's requested relief and direct the trial court to vacate the portion of its order appointing former Judge Stryker as arbitrator within fifteen days of this opinion. The writ will issue only if the trial court fails to comply.

It is so **ORDERED** on April 30, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2025.

_Caitlin A. McCamish_
Caitlin A. McCamish, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2024-CI-10258, styled *Jason Bashara and Elizabeth Bashara v. Roland's Roofing Company, Inc. and Roland's Roofing Co., Inc.*, in the 408th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.